IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CHANCE HOLT, : | |
| : | |
| Plaintiff, : | |
| v. : | |
| : | Case No.: 7:22-CV-91 (WLS) |
| THE CITY OF THOMASVILLE, : | |
| GEORGIA, : | |
| : | |
| Defendant. : | |
| : | |

**ORDER**

The Court issued an Order (Doc. 9) on December 16, 2022, which granted Defendant's "Joint Motion to Stay all Proceedings and Deadlines" (Doc. 8), wherein Parties requested a 30-day stay of all proceeding, deadlines, discovery in this matter, and a cancelation of the initial discovery conference specifically set for December 28, 2022.

The Court stayed the case until Monday, January 16, 2023. (Doc. 9). So far, no Party has submitted a motion or report on the status of this matter since the entry of the Order. (Doc. 9). Therefore, Parties are **NOTICED** that the stay expired last week and are **ORDERED** to submit an appropriate motion or report in this matter by **Monday, January 30, 2023**. If no timely response is filed, the Court will notice the case for an initial discovery conference without further notice.

**SO ORDERED**, this __24th__ day of January 2023.

                                                     /s/ W. Louis Sands
                                                   **W. LOUIS SANDS, SR. JUDGE**
                                                   **UNITED STATES DISTRICT COURT**