IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CHANCE HOLT, : | |
| : | |
| Plaintiff, : | |
| v. : | Case No.: 7:22-CV-91 (WLS) |
| : | |
| THE CITY OF THOMASVILLE, : | |
| GEORGIA, : | |
| : | |
| Defendant. : | |
| : | |

**ORDER**

Presently before the Court is Plaintiff Holt's Consent Motion (Doc. 12), requesting the non-lead Counsel for Plaintiff to appear at the upcoming initial discovery conference in lieu of Plaintiff's lead Counsel, filed on February 6, 2023.[1] Therein, Plaintiff states that Attorney James McCabe, the lead Counsel for Plaintiff, will not be able to attend the initial discovery conference that is currently scheduled for March 7, 2023, because Mr. McCabe will be on vacation with his family. (*Id.*) Therefore, Plaintiff requests that Attorney S. Graham White, co-counsel for Plaintiff, be allowed to attend and represent Plaintiff at the conference instead of Mr. McCabe. (*Id.*) Plaintiff also states that Attorney White is in his third year of practice and "will be fully prepared to competently represent Plaintiff's interest at the conference." (*Id.*) Plaintiff further notes that Defense Counsel has consented to the instant motion. (*Id.*)

Plaintiff's Consent Motion (Doc. 12) is **GRANTED** since a further delay in discovery is not in the interest of moving forward with discovery. To be clear, it is important to note that the Court will be expecting Mr. White to make all final decisions regarding the

---

[1] The Court's Rules 16/26 Order instructs lead counsel for Parties to appear in-person for discovery conference. (Doc. 11, at 3).

1

deadlines/dates and other matters that will be discussed and decided at the conference. Mr. White is expected to appear and exercise full authority in representing Plaintiff by discussing, then determining all relevant deadlines and matters that will be conferred and addressed with the Court and Defense Counsel at the conference.

**SO ORDERED**, this __8th__ day of February 2023.

            **/s/ W. Louis Sands**
            **W. LOUIS SANDS, SR. JUDGE**
            **UNITED STATES DISTRICT COURT**