IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| CHANCE HOLT | : | |
| Plaintiff, | : | |
| v. | : | |
| THE CITY OF THOMASVILLE, GA, | : | CASE NO.: 7:22-CV-91 (WLS) |
| Defendant. | : | |

## ORDER

Presently before the Court is the Parties' Notice of Settlement (Doc. 22). Therein, the Parties inform the Court that the above-styled matter has been settled, and the stipulation of dismissal will be filed within thirty (30) days of the instant Notice. (*Id.*)

To ensure the timely and orderly disposition of this case, the Parties are **hereby ORDERED** to file the appropriate dismissal document(s) **no later than thirty (30) days** after entry of this Order, or by the same deadline, file with the Court a motion for additional time containing a written statement as to why additional time is needed.

**SO ORDERED**, this 7th day of February 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1