IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| CHANCE HOLT | : | |
| Plaintiff, | : | |
| v. | : | |
| THE CITY OF THOMASVILLE, GA, | : | CASE NO.: 7:22-CV-91 (WLS) |
| Defendant. | : | |

### ORDER

Before the Court is Stipulation of Dismissal (Doc. 24), filed on February 15, 2024, and signed by both Parties. Therein, Parties state that they stipulate to the dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs.

Upon consideration thereof, it is **hereby ORDERED** that the Parties' Stipulation of Dismissal (Doc. 24) is **ACCEPTED** and **GRANTED**. The Court **ORDERS** that all Plaintiff's claims pending against Defendant are **DISMISSED with prejudice** with each party bearing their own attorney's fees and costs.

**SO ORDERED**, this 16th day of February 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**