IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CHANCE HOLT, | * |
| Plaintiff, | * |
| v. | Case No. 7:22-cv-91 (WLS) |
| | * |
| CITY OF THOMASVILLE GEORGIA, | * |
| Defendant. | * |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated February 16, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 16th day of February, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk